IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, et al.,<br><br>  Plaintiff(s),<br><br>  vs.<br><br>UNITED GENERAL CONTRACTING, INC.,<br><br>  Defendant(s). | CV 22-00217 DKW-WRP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed and served on all parties on July 29, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 15, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge